IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-01370-CMA-KLM

**EDILBERTO CANO-RODRIGUEZ,**

 Plaintiff,

v.

**ADAMS COUNTY SCHOOL DISTRICT NO. 14 ("Adams 14"), a political and quasi-municipal subdivision,
JAVIER ABREGO in his individual capacity,
ARACELIA BURGOS in her individual capacity,**

 Defendants.

## PLAINTIFFS' MOTION FOR LEAVE TO RESTRICT

 Plaintiff Edilberto Cano-Rodriguez, through his counsel, the law firm of Benezra & Culver, P.C., hereby submits the following his Motion for Leave to Restrict and thereby asks this Court to seal certain deposition testimony attached to Plaintiff's Motion in Limine as Exhibit L, pursuant to D.C.COLO.LCivR 7.2, for the following reasons:

 1. Pursuant to D.C.COLO.L.CivR 7.2, Plaintiff's counsel conferred with Defense Counsel regarding this motion. Defense Counsel opposes this motion.

 2. This Motion relates to Plaintiff's Motion in Limine, which seeks to preclude the introduction of certain evidence at trial and its use during opening or closing arguments.

 3. Plaintiff's Motion in Limine is accompanied by twelve exhibits designated "Exhibit A" through "Exhibit L." This motion requests that Exhibit L be designated as

Restricted, Level 1, limiting access to the parties and the Court. This exhibit is vital to supporting the motion.

4. Exhibit L contains deposition testimony of Pat Sanchez elicited by defense counsel pertaining to alleged affairs Mr. Sanchez had with two different individuals and pertaining to a potential claim against Mr. Sanchez by a former employee in his current school district. This testimony was designated as confidential during Mr. Sanchez's deposition.

5. The public has no interest in accessing this highly sensitive and confidential information about Mr. Sanchez's alleged intimate relationships and any potential legal claims against Mr. Sanchez that are unrelated to this matter. Meanwhile, Mr. Sanchez has a significant interest in keeping this information private, for obvious reasons. Allowing for public access to Exhibit L poses a significant risk of reputational damage to Mr. Sanchez, who is not a party to this action. No other alternative to restricted access is practicable or adequate, as the contents of Exhibit L is not already public record, and would become public record without a grant of restricted access.

WHEREFORE, for the foregoing reasons, Plaintiff Cano-Rodriguez respectfully requests that this Court issue an order granting Level 1 restricted access to Exhibit L to Plaintiff's Motions in Limine.

Respectfully submitted this 4th day of May, 2021.

**BENEZRA & CULVER, P.C.**

*s/ Seth J. Benezra*
John A. Culver, Esq.
Seth J. Benezra, Esq.
Anna Fullerton, Esq.
Taylor Volkman, Esq.
633 17th Street, Suite 1450

Denver, CO 80202
(303) 716-0254
sjbenezra@bc-law.com
jaculver@bc-law.com
acfullerton@bc-law.com
tvolkman@bc-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of May, 2021, I electronically served the foregoing **PLAINTIFFS' MOTION FOR LEAVE TO RESTRICT** with the clerk of the court using the ECF system as follows:

Jonathan P. Fero
Johnathan Koonce
1120 Lincoln Street, Suite 1308
Denver, CO 80203
(303) 595-0941
jfero@semplelaw.com
jkoonce@semplelaw.com
*Attorneys for Defendants*

              */s/ Carolyn Haddan*
              _____
              Carolyn Haddan, Litigation Paralegal